FILED
SEP 20 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Audrey Carter,           )
                         )
        Plaintiff,       )
                         )
v.                       )    Civil Action No.    11 1091
                         )
                         )
General Martin Dempsey, et al.,  )
                         )
        Defendants.      )

MEMORANDUM OPINION

This matter is before the Court on its review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed. The Court is required to dismiss a complaint upon a determination that it, among other grounds, is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff is a resident of Burlington, New Jersey, suing a number of high-level military officials, Attorney General Eric Holder, the FBI, the CIA, "Congress," the Los Angeles Times and the "Dailey News." Compl. Caption. She alleges, *inter alia*, that the government discriminated against her and "men and woman [sic] of the military by not allowing [her] to pass off information as a Good Samaritan to protect and allow equal treatment to all military." Compl. at 1. Plaintiff seeks injunctive relief "to have the government stop ignoring the troops' complaints [and to] provide them with a mediator Activist Audrey Carter or a named party to assist them with military complaints, issues and needs." *Id*. She also seeks an investigation of issues she allegedly set forth in a letter to General Martin Dempsey in 2011. Finally, plaintiff seeks $9,999 for violations of the "Good Samaritan Law, while trying to help [United States] troops . . . ." *Id*.

By Order of August 31, 2011, the Court dismissed plaintiff's nearly identical complaint for want of jurisdiction for several reasons, one of which was that the allegations were so frivolous as to deprive the court of subject matter jurisdiction. *See Carter v. Dempsey*, Civ. Action No. 11-1580, Memorandum Opinion [Dkt. # 3] at 2. For the reasons supporting dismissal of the prior action, the Court will dismiss this action but on the sole ground that it is frivolous. A separate Order accompanies this Memorandum Opinion.

/s/ Rosemary M. Colly
United States District Judge

Date: September 19, 2011

2